```
BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 10-302 EFB |
| Plaintiff, ) | ORDER |
| v. ) | |
| JUSTIN WHITE, ) | DATE: June 6, 2011 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Edmund F. Brennan |

Good Cause Appearing, the defendant is ordered to appear on June 6, 2011 at 10:00 a.m., before the undersigned at the U.S. Courthouse, 501-I Street, 8th Floor, Courtroom No. 24, Sacramento, California, to show cause why probation should not be revoked.

IT IS SO ORDERED.

Dated: May 9, 2011

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE